Michael E. Reznick, Esq.  State Bar No. 116126
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377-5540
Tel: (818) 437-5630
Email: reznagoura@aol.com

Attorney for Plaintiffs DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH STUDENT 1987, Individually And On Behalf Of All Others Similarly Situated

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 24STCP01592<br><br>**ERRATA TO FIRST AMENDED CLASS ACTION COMPLAINT** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** Plaintiffs' First Amended Complaint ("FAC"), which was e-filed herein on or about June 5, 2024, inadvertently omitted the allegation "until I was spat on by one of these thugs" from old paragraph 28, page 12 of the original Complaint that should have alleged in new paragraph 28, page 12 of the FAC. The omitted language is set forth in the attached "Errata" to the FAC. The attached Errata should replace the extant page 12

1  attached hereto and should replace the old page 12, as it is an assertion of fact that DOE JEWISH
2  USC FACULTY MEMBER 2004 originally alleged and will continue to assert in this action.
3
4  DATED: July 8, 2024                    LAW OFFICES OF MICHAEL E. REZNICK
                                          A Professional Corporation
5
6
7                                         By:   /s/Michael E. Reznick
                                                Michael E. Reznick
8                                         Attorney for Plaintiffs DOE JEWISH USC
                                          FACULTY MEMBER 2004 and DOE JEWISH
9                                         STUDENT 1987, Individually And On Behalf Of
                                          All Others Similarly Situated
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

media was replete with anti-Israel propaganda and violent hate speech when an email was sent out by Provost Guzman to keep her as valedictorian yet not allow her to speak. That was the turning point that led to the creation of campus anti-Israel encampments and a level of open antisemitic vitriol that I have never previously experienced. Encampments calling for "death to Israel, death to America" and even "death to Jews" were growing in numbers and I could not get to my office without being accosted by protestors asking me "Are you a Zionist"?? "Do you support the Israeli death war machine???" I endured this for about three (3) **[weeks] until I was spat on by one of these thugs** before deciding that I would not return to campus again until this came to an end. What is all the more disturbing is the number of faculty members who openly protest with the students and some even cancelling their final exams so that the students can protest daily.

29. As a Jewish faculty member, I feel targeted, scapegoated, and abandoned by the principles that USC claims to espouse by its written and traditional policies. I did try to get to my office on May 2, 2024 only to be heckled again crossing Trousdale Pkwy by protesters asking again if I "supported the Zionist entity." I refused to engage. On my way back to my car, I was approached by a female protester asking if I wanted to participate in a "bake sale for Palestine" to help feed the children that Israel is intentionally starving. Again, I kept walking and refused to engage.

30. I feared for my safety and life as a result of the Campus Terrorists and former Encampment and currently fear for my safety as a result of the current antisemitic acts and actions taken and not taken by Defendant University in the face of continued antisemitic mobs flourishing at and taking over USC's Campus - dangerous, threatening "pro-Palestinian" mobs who in fact spew violent hate speech against Jews, Israel and America. There appears to be a continuing and growing antisemitism and terrorist threat on Campus, which makes me and other Jewish Professors anxious and apprehensive. All the while, Defendant University continues to acquiescence to, appease, aid and abet and encourage

# PROOF OF SERVICE

I, MICHAEL E. REZNICK, declare as follows:

I am not a party to this action.

On July 8, 2024, I emailed the following document:

**ERRATA TO FIRST AMENDED CLASS ACTION COMPLAINT**

to interested parties at the following email and post office address:

Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  +1.213.243.2719
Facsimile:   +1.213.243.2539

Attorney for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 8, 2024 at Oak Park, California.

        /s/Michael E. Reznick
        Michael E. Reznick