# Exhibit B

Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF FRANK CHANG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, AND 1453** |

I, Frank Chang, declare:

1. I am over 18 years of age. I submit this declaration in support of Defendant University of Southern California's ("USC" or "the University") Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453. The facts below are based on my personal knowledge and my familiarity with, and access to, records maintained by USC in the regular course of its operations. If called as a witness, I could and would testify competently to them.

Exhibit B – Page 97

DECLARATION OF FRANK CHANG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

2. I am the University Registrar at USC, and have held that role since 2015. I oversee USC's Academic Records and Registrar department (the "Registrar"). The Registrar is responsible for maintaining the records of USC's student body. Among other functions, the Registrar is responsible for collecting and maintaining USC's official demographic information about its students. In connection with my role at USC, I have access to USC's records that are discussed in this declaration.

3. USC does not require its students to disclose their religious affiliation to the University. The vast majority of the over 47,000 students enrolled at USC for the Spring 2024 semester ("Spring 2024 Students") have not reported their religious affiliation to the Registrar.

4. That said, a small subset of the Spring 2024 Students—amounting to approximately four percent of students—have self-reported their religious affiliation on an optional basis. Of those students, over 100 individual Spring 2024 Students have self-reported their religious affiliation as Jewish, including more than one who are from states outside of California (including at least one from New York), and at least one is a citizen of a country outside of the United States (including one from Guatemala).

5. Beyond this self-selected subset of self-reported religious affiliation data, USC has no other systematic data concerning religious affiliation of the Spring 2024 Students.

I declare, under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of July 2024, in Los Angeles, California.

Frank Chang

2
DECLARATION OF FRANK CHANG IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL