Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
Tyler J. Scott (Cal. Bar No. 341039)
tscott@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant University of Southern California ("USC"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

USC is a private, not-for-profit public benefit corporation organized and existing under the laws of the State of California. USC does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

The following are insurance carriers with possible interest:

1. Berkshire Hathaway Specialty Insurance
2. National Fire & Marine Insurance Company

Dated: July 8, 2024

Respectfully submitted,

JONES DAY

By: */s/ Rasha Gerges Shields*
Rasha Gerges Shields

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA