UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05712 FLA (SSC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**<br><br>**Date: August 16, 2024**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 6B**<br>**Judge: The Honorable Fernando L. Aenlle-Rocha**<br><br>FAC Filed: June 5, 2024<br>Action Removed: July 8, 2024 |

On July 15, 2024, Defendant University of Southern California ("USC") filed a Motion to Dismiss Plaintiffs' First Amended Complaint and to Strike Class Allegations. USC requests the Court dismiss Plaintiffs' complaint in its entirety or, in the alternative, strike plaintiffs' class allegations.

The Court, having considered USC's Motion to Dismiss Plaintiffs' First Amended Complaint and to Strike Class Allegations and finding good cause thereof, hereby GRANTS the Motion and ORDERS as follows:

1. The Court GRANTS the Motion to Dismiss Plaintiffs' First Amended Complaint with prejudice; and

2. The Court GRANTS the Motion to Strike Class Allegations.

IT IS SO ORDERED.

Dated: _____

HON. FERNANDO L. AENLLE-ROCHA
United States District Judge

**PROOF OF SERVICE**

I, Diane Sanchez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071. On July 15, 2024, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Attorney for Plaintiffs:

Michael E. Reznick, Esq.
LAW OFFICES OF MICHAEL E. REZNICK
283 Ocho Rios Way
Oak Park, CA 91377-5540
Email: reznagoura@aol.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 15, 2024, at Los Angeles, California.

_____
Diane Sanchez