Bryan Christopher Castaneda, Esq.  State Bar No. 275095
bryanchristophercastenada@gmail.com
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377-5540
Tel:  (818) 437-5630 - reznagoura@aol.com

Attorney for Plaintiffs DOE JEWISH USC FACULTY
MEMBER 2004 and DOE JEWISH USC STUDENT
1987, Individually And On Behalf Of All
Others Similarly Situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, *et al*., <br><br> Defendants. | Case No. 2:24-cv-05712-FLA (SSCx) <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney, BRYAN CHRISTOPHER

CASTANEDA, of and for the Law Offices of Michael E. Reznick, A Professional Corporation,

hereby enters his appearance in the aov-referenced action as counsel for Plaintiffs DOE JEWISH

USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And

On Behalf Of All Others Similarly Situated, in this matter.  Counsel for Plaintiffs request that

///
///
///
///

1

copies of all briefs, motions, orders, correspondence, and other papers be served on the undersigned at:

BRYAN CHRISTOPHER CASTANEDA
bryanchristophercastaneda@gmail.com
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377
Telephone:  (626) 251-9369 or (alternate) (818) 437-5630


DATED:  July 17, 2024                    LAW OFFICES OF MICHAEL E. REZNICK
                                         A Professional Corporation


                                         By: _/s/Bryan Christopher Castaneda_
                                              Bryan Christopher Casenada

                                         Attorney for Plaintiffs DOE JEWISH USC
                                         FACULTY MEMBER 2004 and DOE JEWISH
                                         USC STUDENT 1987, Individually And On Behalf
                                         Of All Others Similarly Situated