UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>     v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>                     Defendants. | Case No. 2:24-cv-05712 FLA (SSC)<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE:**<br><br>**(1) THE HEARING ON DEFENDANT'S MOTION TO DISMISS; AND**<br><br>**(2) THE SCHEDULING CONFERENCE** |

On July 19, 2024, Plaintiffs "Doe Jewish USC Faculty Member 2004" and "Doe Jewish Student 1987" and Defendant University of Southern California (together, the "Parties") filed a Joint Stipulation requesting the Court continue: (1) the currently scheduled Motion to Dismiss hearing date of Friday, August 16, 2024 (*see* Doc. No. 10) to Friday, September 13, 2024; and (2) the Scheduling Conference

currently set for Friday, August 30, 2024 (*see* Doc. No. 12) to Friday, November 1, 2024.

The court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The currently scheduled Motion to Dismiss hearing date of Friday, August 16, 2024 (*see* Doc. No. 10) shall be continued to Friday, September 20, 2024; and
2. The Scheduling Conference currently set for Friday, August 30, 2024 (*see* Doc. No. 12) shall be continued to Friday, November 1, 2024.

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge