UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>      Defendants. | Case No. 2:24-cv-05712 FLA (SSCx)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE (DKT. 14)** |

  On July 19, 2024, Plaintiffs "Doe Jewish USC Faculty Member 2004" and "Doe Jewish Student 1987" and Defendant University of Southern California (together, the "Parties") filed a Joint Stipulation requesting the Court continue: (1) the currently scheduled Motion to Dismiss hearing date of Friday, August 16, 2024 (*see* Dkt. 10) to Friday, September 13, 2024; and (2) the Scheduling Conference currently set for Friday, August 30, 2024 (*see* Dkt. 12) to Friday, November 1, 2024.

  The court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

  1. The hearing on the Motion to Dismiss (Dkt. 10) shall be CONTINUED to Friday, September 20, 2024, at 1:30 p.m.; and

2. The Scheduling Conference (*see* Dkt. 12) shall be CONTINUED to Friday, November 1, 2024, at 1:00 p.m.

IT IS SO ORDERED.

Dated: July 25, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2