1  Rasha Gerges Shields (Cal. Bar No. 218248)
   rgergesshields@jonesday.com
2  Tyler J. Scott (Cal. Bar No. 341039)
   tscott@jonesday.com
3  JONES DAY
   555 South Flower Street, 50th Floor
4  Los Angeles, CA 90071
   Telephone: +1.213.243.2719
5  Facsimile: +1.213.243.2539
6
7  Attorneys for Defendant
   UNIVERSITY OF SOUTHERN CALIFORNIA
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 DOE JEWISH USC FACULTY              Case No. 2:24-cv-05712 FLA (SSC)
   MEMBER 2004 and DOE JEWISH
13 USC STUDENT 1987, Individually      **DEFENDANT'S REQUEST FOR**
   And On Behalf of All Others Similarly  **JUDICIAL NOTICE IN SUPPORT**
14 Situated,                           **OF ITS RESPONSE TO THE**
                                       **COURT'S ORDER TO SHOW**
15            Plaintiffs,              **CAUSE WHY ACTION SHOULD**
                                       **NOT BE REMANDED**
16 v.
                                       **(AMOUNT IN CONTROVERSY**
17                                     **UNDER CAFA)**
   Trustees of THE UNIVERSITY OF
18 SOUTHERN CALIFORNIA, a private
   public benefit corporation; and DOES 1
19 through 100, inclusive,
20            Defendants.
21
22
23
24
25
26
27
28

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendant University of Southern California ("USC" or "the University") hereby requests that this Court take judicial notice of the following facts in connection with its Response to the Court's Order to Show Cause Why Action Should Not be Remanded for Lack of Subject Matter Jurisdiction, which is being filed contemporaneously with this request:

- The 2023-2024 tuition at USC for a full-time undergraduate taking 12-18 units each semester is $66,640. The 2023-2024 student fees at USC for a full-time undergraduate taking 12-18 units each semester is $1,597. Together, the tuition and fees at USC for a full-time undergraduate taking 12-18 units each semester is $68,237. Sources: University of California, *Cost of Attendance*, available at https://financialaid.usc.edu/undergraduate-financial-aid/cost-of-attendance/ (attached as Ex. A); United States Department of Education, National Center for Education Statistics, *University of Southern California* (Tab 2: "Tuition, Fees, and Estimated Student Expenses"), available at https://nces.ed.gov/collegenavigator/?q=University+of+Southern+California&s=all&id=123961#expenses (attached as Ex. B).

- In 2023, the Tides Foundation donated $250,000 to USC in Support of the University's educational programs. Source: IRS Form 990 for the Tides Foundation at 393, available at https://www.tides.org/wp-content/uploads/2024/02/2022_Tides-Foundation_Amended-Form-990-Public-Disclosure.pdf (relevant excerpt attached as Ex. C).

- From 2016 through 2022, the Open Society Foundations awarded a total of $1,880,765 in grant funding to USC. Funds were awarded in 2016, 2017, 2020, 2021, and 2022. Source: Open Society

1

Foundations, *Awarded Grants: University of Southern California*,
available at https://www.opensocietyfoundations.org/grants/
past?filter_keyword=University+of+Southern+California (attached
as Ex. D).

- The Open Society Foundations were founded by George Soros.
Source: Open Society Foundations, *Who We Are*, available at
https://www.opensocietyfoundations.org/who-we-are (attached as
Ex. E).

- The Rockefeller Foundation awarded a $700,000 grant to the
University for a project spanning September 1, 2020 to January 1,
2023.    Source: The Rockefeller Foundation, *Our Grants:
University of Southern California*, available at:
https://www.rockefellerfoundation.org/grant/grant-2020-388/
(attached as Ex. F).

- Hillel International describes USC Hillel as "the Center of Jewish
Life at USC, engaging over 1,500 unique students annually." Hillel
estimates that there are 2,000 Jewish undergraduate students and
2,000 Jewish graduate students enrolled at USC, for a total of 4,000.
Source:  Hillel International, University of Southern California,
available at https://www.hillel.org/college/university-of-southern-
california/ (attached as Ex. G).

For the reasons set forth herein, the Court can and should take judicial notice
of the above publicly-available facts and exhibits.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Facts "generally known within the trial court's territorial jurisdiction" or "readily determined from sources whose accuracy cannot be reasonably questioned" are subject to judicial notice. Fed. R. Evid. 201(b). When either standard is met, a party requests notice, and the court is provided with the relevant information, Rule 201(c)(2) provides that notice shall be taken. Alternatively, a court may take judicial notice of facts on its own. Fed. R. Evid. 201(c)(1). Pursuant to Rule 201(b) and (c), USC respectfully requests that the Court take notice of the above facts and attached exhibits.

USC's tuition and fees are judicially noticeable under Rule 201(b)(2). *See, e.g.*, *In re Hautman*, No. 10-11285-RGM, 2011 WL 805761, at *1 (Bankr. E.D. Va. 2011) (taking judicial notice of tuition increases at Maryland state college); *Porretto v. Pan Ocean Bulk Carriers, Ltd.*, No. CIV.A. 86-2160, 1987 WL 18615, at *5 n.5 (E.D. La. 1987) (taking judicial notice of tuition at the University of New Orleans); *see also Vega v. Sacred Heart Univ.*, No. 3:10CV1870, 2013 WL 2420329, at *2 n.2 (D. Conn. 2013) (taking judicial notice of tuition and fee refund policies). Tuition and fees are set by the University, and its public posting of these figures is a "source[] whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Moreover, courts frequently "take judicial notice of . . . matters of public record," like public government documents. *E.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, n.6 (9th Cir. 2006). As noted above, the Department of Education records and publishes the tuition and fees at U.S. colleges, including USC.

Charitable giving is likewise judicially noticeable under Rule 201(b)(2). *See Beth Israel Med. Ctr. v. Smith*, 576 F. Supp. 1061, 1069 (S.D.N.Y. 1983) (taking judicial notice of a charity's funding sources and general activities and explaining that requiring added allegations or evidence "would be a sterile exercise"); *see also Przewozman v. Charity*, No. 20CV6088NGGTAM, 2023 WL 2562537, at *2 n.2 (E.D.N.Y. 2023) (taking notice of information on Qatar Charity's website); *Velez-*

3

*Acevedo v. Centro de Cancer de la Universidad de Puerto Rico*, No. CV 19-1560 (SCC), 2021 WL 2785496, at \*8 n.16 (D.P.R. 2021) (taking judicial notice of the financial statements of the University of Puerto Rico's Comprehensive Cancer Center); *cf. Kern v. Comm'r*, 55 T.C.M. (CCH) 667 (T.C. 1988) (taking judicial notice "of the practice of benevolent charities accepting whatever value a donor places on his donation"). Charities like the Open Society Foundations and the Rockefeller Foundation are established institutions that publicly post their grant awards on their websites. *See Patel v. Parnes*, 253 F.R.D. 531, 547 (C.D. Cal. 2008) (accepting defendant's claim "that courts in the Ninth Circuit routinely grant judicial notice of press releases" and collecting cases). As a public announcement by the charity itself, the grant awards section of a charity website is a "source[] whose accuracy cannot reasonably be questioned" for the fact of a grant award. Fed. R. Evid. 201(b)(2). Similarly, tax documents in the public record may be properly subject to judicial notice. *See United States v. Paulson*, 204 F. Supp. 3d 1102, 1108–09 & n.2 (S.D. Cal. 2016), *rev'd and remanded on other grounds*, 68 F.4th 528 (9th Cir. 2023). While IRS Form 990 is an important IRS reporting tool, "[o]rganizations also use the Form 990 to share information with the public about their programs." IRS Form 990, Form Resources and Tools, available at https://www.irs.gov/charities-non-profits/form-990-resources-and-tools. The fact of a donation reported on IRS Form 990—like for the Tides Foundation here—cannot reasonably be questioned. *See* Fed. R. Evid. 201(b)(2).

Third, courts may take judicial notice of "the existence and contents" of websites under Rule 201(b)(2). *In re Meta Pixel Tax Filing Cases*, No. 22-CV-07557-PCP, 2024 WL 1251350, at \*3 (N.D. Cal. 2024); *see also, e.g.*, *Wilson v. Playtika, Ltd.*, 349 F. Supp. 3d 1028, 1042 (W.D. Wash. 2018) (court may take judicial notice of information derived from a publicly accessible website). This includes the fact that Hillel International describes USC Hillel as "the Center of Jewish Life at USC," which engages "over 1,500 unique students annually," and estimates that there are

4

4,000 Jewish students on campus. Ex. G. To be sure, the precise and true number of Jewish students—and in particular whether that putative class is readily ascertainable under Rule 23—will be contested. But at this stage of the case, it is USC's burden only to show a *possible* size of the putative class in calculating its "*possible* liability." *Jauregui v. Roadrunner Trans. Servs., Inc.*, 28 F.4th 989, 994 (9th Cir. 2022) (quotation marks omitted).[1]  Accordingly, the Court may take into account the contents of Hillel's website as a relevant claim concerning the possible size of the class.

All of the discussed facts are judicially noticeable. To the extent that the Court declines to grant any of the aforementioned requests, the Court should still take into account the attached documents in its analysis. To counter a factual attack with summary-judgment like evidence, *see Leite v. Crane Co.*, 749 F.3d 1117, 1121 (9th Cir. 2014), USC must only point to evidence that is *capable* of being considered or introduced in an admissible form in the future, *see Fraser v. Goodale*, 342 F.3d 1032, 1036 (9th Cir. 2003) ("At the summary judgment stage, we do not focus on the admissibility of the evidence's form. We instead focus on the admissibility of its contents."). Accordingly, USC could use live testimony to establish—for instance— the tuition it sets and the grant funding it receives. Congress did not contemplate extensive "discovery related to the amount in controversy . . . in enacting CAFA." *Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 679 (9th Cir. 2006) (internal quotations omitted); *see also Ibarra v. Manheim Investments, Inc.*, 775 F.3d 1193, 1197 (9th Cir. 2015) ("Congress designed the terms of CAFA specifically to permit a defendant to remove certain class or mass actions into federal court . . . [and] intended CAFA to be interpreted expansively."). At this stage, these documents are more than

---

[1] USC has already shown that the class contains at least 100 members as required by the Class Action Fairness Act (CAFA) because over 100 students that were enrolled at USC in Spring 2024 self-reported their religious affiliation as Jewish to the University. *See* Dkt. 1-Ex. B (Chang Declaration) ¶¶ 3-4.

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OSC RESPONSE

1   sufficient to meet USC's burden, even standing alone.

2                                   **<u>CONCLUSION</u>**

3        For the foregoing reasons, USC respectfully requests that, in connection with

4   its response to the  Court's Order to Show Cause, the Court take judicial notice of the

5   above facts and attached exhibits.

6
    Dated: July 26, 2024                          Respectfully submitted,
7

8                                                  JONES DAY

9

10                                                 By: */s/ Rasha Gerges Shields*
11                                                     Rasha Gerges Shields

12                                                 Attorneys for Defendant
                                                   UNIVERSITY OF SOUTHERN
13                                                 CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OSC RESPONSE

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant University of Southern California, certifies that this brief contains 1,103 words, which complies with the word limit of L.R. 11-6.1 and Standing Order 6(c).

Dated: July 26, 2024                    Respectfully submitted,

JONES DAY

By: */s/ Rasha Gerges Shields*
     Rasha Gerges Shields

Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

## CERTIFICATE OF AUTHENTICITY

The undersigned, counsel of record for Defendant University of Southern California, certifies that the attached Exhibits A-G are true and correct PDF copies of the web sources listed above as they appeared on July 25, 2024.

Dated: July 26, 2024                    Respectfully submitted,

JONES DAY

By: */s/ Rasha Gerges Shields*
     Rasha Gerges Shields

Attorneys for Defendant
UNIVERSITY OF SOUTHERN
CALIFORNIA

# EXHIBIT A



**USC**

Financial Aid

Undergraduate Financial Aid

# Cost of Attendance

---

Jump to a Section ⌄

---

## Overview

We understand that a college education involves a significant investment of resources for both students and families. The last thing we want, however, is for cost to prevent a student from enrolling at USC.

Paying for an education represents a partnership between the university and students and their families. While we expect each student's family to play a leading role in financing a college education, we have a long tradition of helping bridge the gap between the cost of attendance and what families can afford to pay out of pocket.

**Please note:** To receive the full amount of aid you may qualify for, you must meet the eligibility requirements and submit your aid application(s) by the appropriate deadlines.

⌃

---

## 2024-2025 Estimate of Cost of Attendance

The USC estimated Cost of Attendance is based on average amounts for necessary expenses and is used to determine your financial aid eligibility. It includes tuition, fees, books, supplies, housing, meals and other living expenses for two semesters of study.

Keep in mind that your actual costs may differ, based on your major of study and individual circumstances. Estimated budgets for some majors may be higher because of special laboratory or studio supply fees, or other additional costs incurred by all students in the program.

Tuition is the same for both in-state and out-of-state residents.

| | On/Off Campus | With Parents or Relatives |
|---|---|---|
| Tuition (12-18 units for two semesters) | $69,904 | $69,904 |
| Fees | $1,743 | $1,743 |
| Housing* | $12,271 | $2,674 |
| Food/meal plan* | $7,660 | $3,750 |
| Books and supplies | $1,200 | $1,200 |
| Personal and miscellaneous | $2,006 | $2,006 |
| Transportation | $441 | $1,914 |
| **Total**** | **$95,225** | **$83,191** |

*Includes average rent and the standard meal plan for students living in on-campus freshman housing.
**Add $450 New Student Fee for your first semester.

Exhibit A – Page 9



Financial Aid

Undergraduate Financial Aid

## 2023-2024 Estimate of Cost of Attendance

The following are the estimated two-semester costs for a full-time USC undergraduate taking 12-18 units each semester and living in university housing:

| | On/Off Campus | With Parents or Relatives |
|---|---|---|
| Tuition (12-18 units for two semesters) | $66,640 | $66,640 |
| Fees | $1,597 | $1,597 |
| Housing* | $11,910 | $2,594 |
| Dining/meals* | $7,290 | $3,636 |
| Books and supplies | $1,200 | $1,200 |
| Personal and miscellaneous | $1,820 | $1,820 |
| Transportation | $464 | $1,868 |
| **Total**** | **$90,921** | **$79,355** |

*Includes average rent and the standard meal plan for students living in on-campus freshman housing.
**Add $450 New Student Fee for your first semester.

---

University Park Campus (Map)
**213-740-2311**

Tommy Cam

Hecuba Cam

  

### Undergraduate Financial Aid

**Financial Aid at USC**

**Applying for Financial Aid**

**Prospective Students: Dates & Deadlines**

**Admitted and Continuing Students: Dates & Deadlines**

**Financial Aid Calculators**

**Financial Aid Summary and Tasks**

### Graduate & Professional Financial Aid

**Applying for Financial Aid**

**Prospective Students: Dates & Deadlines**

**Admitted and Continuing Students: Dates & Deadlines**

**Financial Aid Summary and Tasks**

Honoring Native Lands

Our Commitment to Affordability

Privacy Notice

Exhibit A – Page 10

Financial Aid

Undergraduate Financial Aid

Annual Security & Fire Safety Prospective Student Notification 2023:

The University of Southern California's Annual Security and Fire Safety Reports (ASR) for the past three years are available online at: https://dps.usc.edu/alerts/annual-report/.

The Annual Security and Fire Safety Report includes Clery Act crime and fire statistics for the preceding three years for locations owned and or controlled by USC, the required policy disclosure statements and other important safety related information. A paper copy of the ASR is available on request made to Department of Public Safety Records by calling (213) 740-6000, by email to DPSRecords@dps.usc.edu or in person at DPS at 3667 South McClintock Avenue, Los Angeles, California 90089.

# EXHIBIT B

 

**IES  NCES** National Center for Education Statistics  ☰ MENU    Search  Go

# COLLEGENavigator

## University of Southern California
University Park, Los Angeles, California 90089

| | |
|---|---|
| General information: | (213) 740-2311 |
| Website: | www.usc.edu/ |
| Type: | 4-year, Private not-for-profit |
| Awards offered: | Bachelor's degree |
| | Postbaccalaureate certificate |
| | Master's degree |
| | Post-master's certificate |
| | Doctor's degree - research/scholarship |
| | Doctor's degree - professional practice |
| | Doctor's degree - other |
| Campus setting: | City: Large |
| Campus housing: | Yes |
| Student population: | 48,945 (20,699 undergraduate) |
| Student-to-faculty ratio: | 9 to 1 |


View on Google Maps

IPEDS ID: 123961
OPE ID: 00132800

⊕ **GENERAL INFORMATION**

⊖ **TUITION, FEES, AND ESTIMATED STUDENT EXPENSES**

### ESTIMATED EXPENSES FOR FULL-TIME BEGINNING UNDERGRADUATE STUDENTS

- Beginning students are those who are entering postsecondary education for the first time.

| ESTIMATED EXPENSES FOR ACADEMIC YEAR | 2020-2021 | 2021-2022 | 2022-2023 | 2023-2024 | % CHANGE 2022-2023 TO 2023-2024 |
|---|---|---|---|---|---|
| Tuition and fees | $60,275 | $61,503 | $64,726 | $68,237 | 5.4% |
| Books and supplies | $1,200 | $1,200 | $1,200 | $1,200 | 0.0% |
| **Living arrangement** | | | | | |
| On Campus | | | | | |
| Food and Housing | $16,398 | $16,732 | $17,436 | $19,198 | 10.1% |
| Other expenses | $2,278 | $2,224 | $1,702 | $1,818 | 6.8% |
| Off Campus | | | | | |
| Food and Housing | $16,398 | $16,732 | $17,436 | $19,198 | 10.1% |
| Other expenses | $2,278 | $2,224 | $1,702 | $1,818 | 6.8% |
| Off Campus with Family | | | | | |
| Other expenses | $3,628 | $3,556 | $3,650 | $3,690 | 1.1% |

| TOTAL EXPENSES | 2020-2021 | 2021-2022 | 2022-2023 | 2023-2024 | % CHANGE 2022-2023 TO 2023-2024 |
|---|---|---|---|---|---|
| On Campus | $80,151 | $81,659 | $85,064 | $90,453 | 6.3% |
| Off Campus | $80,151 | $81,659 | $85,064 | $90,453 | 6.3% |
| Off Campus with Family | $65,103 | $66,259 | $69,576 | $73,127 | 5.1% |

**MULTIYEAR TUITION CALCULATOR**   Estimate the total tuition and fee costs over the duration of a typical program.

| AVERAGE GRADUATE STUDENT TUITION AND FEES FOR ACADEMIC YEAR | 2023-2024 |
|---|---|
| Tuition | $66,640 |
| Fees | $1,488 |

### ALTERNATIVE TUITION PLANS AND PROMISE PROGRAM

| TYPE OF PLAN | OFFERED |
|---|---|
| Tuition guarantee plan | |
| Prepaid tuition plan | X |
| Tuition payment plan | X |
| Other alternative tuition plan | |

- Participates in a Promise program

⊕ **FINANCIAL AID**
⊕ **NET PRICE**
⊕ **ENROLLMENT**
⊕ **ADMISSIONS**
⊕ **RETENTION AND GRADUATION RATES**
⊕ **OUTCOME MEASURES**
⊕ **PROGRAMS/MAJORS**
⊕ **SERVICEMEMBERS AND VETERANS**

College Navigator - University of Southern California

| |
|---|
| ⊕ **VARSITY ATHLETIC TEAMS** |
| ⊕ **ACCREDITATION** |
| ⊕ **CAMPUS SECURITY AND SAFETY** |
| ⊕ **COHORT DEFAULT RATES** |

English | Español | ▶ About | Search Plug-in          College Navigator Home | College Costs | Prepare | Financial Aid | Careers

IES   NCES   **National Center for Education Statistics**

Explore the Institute of Education Sciences

**IES**

Home
About
Publications
Data
Funding
News

**IES Centers**

NCEE
NCER
NCES
  Home
  About
  Programs
  Publications
  Data
  Data Training
  School Search
  News
  Kids' Zone
NCSER

**IES Policies and Standards**

ED Data Inventory
IES Diversity Statement
NCES Statistical Standards
Peer Review Process
Privacy and Security Policies
Public Access Policy

**Contact Us**

**U.S. Department of Education**

**Additional Resources**

ERIC
Sitemap
Organizational Chart

# EXHIBIT C

Exhibit C – Page 15

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2022** |
| Department of the Treasury Internal Revenue Service | Do not enter social security numbers on this form as it may be made public. Go to www.irs.gov/Form990 for instructions and the latest information. | **Open to Public Inspection** |

**A** For the 2022 calendar year, or tax year beginning _____ and ending _____

| **B** Check if applicable: | **C** Name of organization | | **D** Employer identification number |
|---|---|---|---|
| [X] Address change | TIDES FOUNDATION | | |
| [ ] Name change | Doing business as | | 51-0198509 |
| [ ] Initial return | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | **E** Telephone number |
| [ ] Final return/terminated | 1012 TORNEY AVENUE | | (415) 561-6400 |
| | City or town, state or province, country, and ZIP or foreign postal code | | **G** Gross receipts $ 883,890,592. |
| [X] Amended return | SAN FRANCISCO, CA 94129 | | **H(a)** Is this a group return |
| [ ] Application pending | **F** Name and address of principal officer: JANIECE EVANS-PAGE | | for subordinates? [ ] Yes [X] No |
| | SAME AS C ABOVE | | **H(b)** Are all subordinates included? [ ] Yes [ ] No |

**I** Tax-exempt status: [X] 501(c)(3)  [ ] 501(c) ( ) ◄ (insert no.)  [ ] 4947(a)(1) or  [ ] 527       If "No," attach a list. See instructions

**J** Website: ► WWW.TIDES.ORG                                                                                      **H(c)** Group exemption number ►

**K** Form of organization: [X] Corporation  [ ] Trust  [ ] Association  [ ] Other ►         **L** Year of formation: 1976  **M** State of legal domicile: CA

## Part I  Summary

| | | | |
|---|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities: GRANTMAKING THROUGH FUNDS TO ACCELERATE THE PACE OF SOCIAL CHANGE. | | |
| **2** | Check this box ► [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) | **3** | 8 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 8 |
| **5** | Total number of individuals employed in calendar year 2022 (Part V, line 2a) | **5** | 0 |
| **6** | Total number of volunteers (estimate if necessary) | **6** | 287 |
| **7 a** | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 23,516. |
| **b** | Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 66,250. |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 820,781,802. | 573,714,006. |
| **9** | Program service revenue (Part VIII, line 2g) | 2,108,308. | 1,975,737. |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 40,591,399. | 5,005,685. |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0. | 0. |
| **12** | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 863,481,509. | 580,695,428. |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 600,595,638. | 666,795,331. |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 0. | 0. |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | 0. | 0. |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ► 1,820,067. | | |
| **17** | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 14,155,079. | 18,728,311. |
| **18** | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 614,750,717. | 685,523,642. |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | 248,730,792. | -104,828,214. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 1232210451. | 978,547,541. |
| **21** | Total liabilities (Part X, line 26) | 86,254,978. | 84,337,478. |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 1145955473. | 894,210,063. |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | | | Date |
|---|---|---|---|---|
| | JAMES LUM, TREASURER/CFO | | | |
| | Type or print name and title | | | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|---|
| | JOCELYNE MILLER | *Jocelyne C. Miller* | 2/13/24 | | P00634378 |
| | Firm's name ► DELOITTE TAX LLP | | | Firm's EIN ► 86-1065772 | |
| | Firm's address ► 12830 EL CAMINO REAL, SUITE 600 SAN DIEGO, CA 92130 | | | Phone no. (619) 232-6500 | |

May the IRS discuss this return with the preparer shown above? See instructions          [X] Yes  [ ] No

232001 12-13-22     LHA  **For Paperwork Reduction Act Notice, see the separate instructions.**          Form **990** (2022)

Exhibit C – Page 16

Form **8868**
(Rev. January 2022)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form8868 for the latest information.

OMB No. 1545-0047

**Electronic filing (e-file).** You can electronically file Form 8868 to request a 6-month automatic extension of time to file any of the forms listed below with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, for which an extension request must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/e-file-providers/e-file-for-charities-and-non-profits.*

**Automatic 6-Month Extension of Time.** Only submit original (no copies needed).

All corporations required to file an income tax return other than Form 990-T (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.

| Type or print | Name of exempt organization or other filer, see instructions. | Taxpayer identification number (TIN) |
|---|---|---|
| | TIDES FOUNDATION | 51-0198509 |

File by the due date for filing your return. See instructions.

Number, street, and room or suite no. If a P.O. box, see instructions.
1012 TORNEY AVENUE

City, town or post office, state, and ZIP code. For a foreign address, see instructions.
SAN FRANCISCO, CA 94129

Enter the Return Code for the return that this application is for (file a separate application for each return) ............... | 0 | 1 |

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |
| Form 990-T (corporation) | 07 | | |

- The books are in the care of ▶ HOLDEN LEE
  1012 TORNEY AVENUE - SAN FRANCISCO, CA 94129

  Telephone No. ▶ (415) 561-6400          Fax No. ▶
- If the organization does not have an office or place of business in the United States, check this box .............................. ▶
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and TINs of all members the extension is for.

1  I request an automatic 6-month extension of time until ___NOVEMBER 15, 2023___ , to file the exempt organization return for the organization named above. The extension is for the organization's return for:
  ▶ ☒ calendar year 2022 or
  ▶ ☐ tax year beginning _____ , and ending _____ .

2  If the tax year entered in line 1 is for less than 12 months, check reason:    ☐ Initial return    ☐ Final return
   ☐ Change in accounting period

| | | | | |
|---|---|---|---|---|
| 3a | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | 3a | $ | 0. |
| b | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit. | 3b | $ | 0. |
| c | **Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | 3c | $ | 0. |

**Caution:** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-TE and Form 8879-TE for payment instructions.

LHA    **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**    Form **8868** (Rev. 1-2022)

223841 04-01-22

Exhibit C – Page 17

Schedule I (Form 990)    **TIDES FOUNDATION**    51-0198509    Page 1

**Part II** | Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF NEW MEXICO FOUNDATION INCORPORATED - 700 LOMAS BOULEVARD NE - ALBUQUERQUE, NM 87102 | 85-0275408 | 501(C)(3) | 100,000. | 0. | | | HEALTHY INDIVIDUALS AND COMMUNITIES |
| UNIVERSITY OF NOTRE DAME DU LAC 400 MAIN BUILDING NOTRE DAME, IN 46556 | 35-0868188 | 501(C)(3) | 25,000. | 0. | | | QUALITY EDUCATION |
| UNIVERSITY OF OKLAHOMA FOUNDATION INC - 100 W. TIMBERDELL ROAD - NORMAN, OK 73019 | 73-6091755 | 501(C)(3) | 250,000. | 0. | | | QUALITY EDUCATION |
| UNIVERSITY OF PORTLAND 5000 N. WILLAMETTE BOULEVARD PORTLAND, OR 97203 | 93-0401259 | 501(C)(3) | 12,000. | 0. | | | QUALITY EDUCATION |
| UNIVERSITY OF SOUTH CAROLINA EDUCATIONAL FOUNDATION - 1600 HAMPTON ST, STE 612 - COLUMBIA, SC 29208 | 57-6017985 | 501(C)(3) | 15,000. | 0. | | | EQUITY, HUMAN RIGHTS, AND ECONOMIC EMPOWERMENT |
| UNIVERSITY OF SOUTHERN CALIFORNIA 1150 SOUTH OLIVE STREET, 25TH FLOOR LOS ANGELES, CA 90015 | 95-1642394 | 501(C)(3) | 250,000. | 0. | | | QUALITY EDUCATION |
| UNIVERSITY OF TEXAS AT AUSTIN PO BOX 7159 AUSTIN, TX 78713 | 27-2576059 | GOVERNMENT ENTIT | 930,766. | 0. | | | QUALITY EDUCATION |
| UNIVERSITY OF WASHINGTON 4333 BROOKLYN AVENUE NE, BOX 359472 SEATTLE, WA 98195 | 91-6001537 | GOVERNMENT ENTIT | 320,000. | 0. | | | SUSTAINABLE ENVIRONMENT |
| UNIVERSITY OF WASHINGTON FOUNDATION - BOX 359505 - SEATTLE, WA 98195 | 94-3079432 | 501(C)(3) | 15,000. | 0. | | | QUALITY EDUCATION |

Schedule I (Form 990)

232241
04-01-22

393

Exhibit C – Page 18

# EXHIBIT D

Open Society Foundations - Awarded Grants, Scholarships and Fellowships | Open Society Foundations

# AWARDED GRANTS

The Open Society Foundations work to build vibrant and inclusive democracies whose governments are accountable to their citizens. The vast majority of the grants made by Open Society are to organizations, but we also award a limited number of grants to individuals through fellowships offered across a number of different programs.

Grant and fellowship opportunities

About this database

| University of Southern California |
|---|

| ▶ **University of Southern California** | 2022 | $50,000 |
|---|---|---|
| ▶ **University of Southern California** | 2022 | $600,000 |
| ▶ **University of Southern California** | 2021 | $230,000 |
| ▶ **University of Southern California** | 2021 | $150,000 |
| ▶ **University of Southern California** | 2020 | $200,000 |
| ▶ **University of Southern California** | 2020 | $200,000 |
| ▶ **University of Southern California** | 2017 | $240,765 |

Open Society Foundations - Awarded Grants, Scholarships and Fellowships | Open Society Foundations

▸ **University of Southern California**    2016    $10,000

---

▸ **University of Southern California**    2016    $200,000

---

Exhibit D – Page 21

# **EXHIBIT E**

Who We Are - Open Society Foundations

# WHO WE ARE

The Open Society Foundations, founded by George Soros, are the world's largest private funder of independent groups working for justice, democratic governance, and human rights.

George Soros          Our History

## HISTORY

George Soros, the founder of the Open Society Foundations, began his philanthropic work in 1979, funding scholarships for Black African university students in South Africa and for East European dissidents to study in the West. Today, his Foundations fund groups and projects in more than 120 countries.

**Starting to Build a More Open World**
# 1979

**Encouraging Dissent Behind the Iron Curtain**
# 1984

Exhibit E – Page 23

**Supporting Democracy in China**

# 1986

**Fostering Open Societies in the Former Soviet Bloc**

# 1989

**Central European University Opens Its Doors**

# 1991

Explore the full timeline

# MISSION

The Open Society Foundations champion the search for bold, democratic solutions to our urgent, common challenges that advance justice, equity, and human dignity.

We do this by supporting a wide array of independent voices and organizations around the world that provide a creative and dynamic link between the governing and the governed.

Our approach seeks to counter the narrow pursuit of political self-interest and short-term opportunism—in pursuit of a sustainable future for people and planet that leaves no one behind.

# LEADERSHIP



### George Soros

Founder

George Soros launched his philanthropic work in South Africa in 1979. Since then he has given over $32 billion to fund the Open Society Foundations, which work in over 120 countries around the world.



### Alexander Soros

Chair

Alexander Soros is chair of the Board of Directors.

View more leadership

Who We Are - Open Society Foundations

## OFFICES

The Open Society Foundations' staff are based in offices across our six regions: Africa, Asia Pacific, Europe and Central Asia, Latin America and the Caribbean, the Middle East and North Africa, and the United States.

View our offices

## BOARD OF DIRECTORS

Our Board of Directors helps guide our staff, partners, and grantees as they work throughout the world to promote justice, equity, and expression.

View our board of directors

# EXHIBIT F

OUR GRANTS/
_____

# University of Southern California

**Dollars Granted**

## $700,000
_____

**Term**

09.01.2020 - 01.01.2023

**Focus Area**

Health

**Description:**

in support of piloting and evaluating smart, COVID-19 testing protocols to help communities and institutions reopen and stay open

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and our use of data by reading our new Privacy Policy. If you continue to use this site, you consent to our use of cookies.                                                                                                          X

**Back to Top**

## Resources

Grants

Financial Documents

Privacy Policy

Terms of Use

Accessibility Commitment
Statement

Transparency in Coverage Rule

## Locations

All Offices

Washington, D.C., United States

Bellagio Center, Italy

Nairobi, Kenya

Bangkok, Thailand

New York City, United States

## Get In Touch

Contact Us

Careers

The Rockefeller Foundation's mission is to promote the well-being of humanity and make opportunity universal and sustainable.

## Subscribe

Sign up for our newsletter to stay updated on all the latest news and events.

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and our use of data by reading our new Privacy Policy. If you continue to use this site, you consent to our use of cookies.

# EXHIBIT G

University of Southern California Hillel International

# University of Southern California

🎖 Top 60 in Jewish population

🏠 Hillel serves this location

🍴 Kosher dining available

★ Hillel Rabbi/Senior Jewish Educator

👤 Hillel mental health/wellness staff



# Explore University of Southern California Hillel Foundation

USC Hillel is the Center of Jewish Life at USC, engaging over 1,500 unique students annually. We are student centered, empowering a dynamic team of student leaders who curate meaningful Jewish experiences for the USC community. USC Hillel develops leaders and inspires Jewish Trojans to make an enduring commitment to Jewish life. We offer a welcoming, inclusive, and pluralistic environment, a nurturing space to build strong Jewish community, and an emphasis on peer-to-peer relationship building among an actively engaged student base. USC Hillel strives to create a balanced offering of programming across our core pillars of Leadership Development, Building Community, Ritual and Spiritual Life, Social Justice, Israel Engagement and Education, and Holistic Wellness.

This Hillel serves: University of Southern California; Hebrew Union College, Los Angeles; USC Health Sciences

## Undergraduate Enrollment (?)

**2,000 Jewish Students (9.8%*)**
20,505 Students
*Percent of population

## Graduate Enrollment (?)

**2,000 Jewish Students (7.1%*)**
28,246 Students
*Percent of population

## Jewish Experience

Served by Hillel

**Yes**

Religious Services Available

**Yes**

Hillel Rabbi/Senior Jewish Educator

**Yes**

Kosher Food Available

**Yes**

Birthright Israel Participation

**Yes**

Alt Break Participation  (?)

**No**

Jewish Studies Offered

**Yes**

Jewish Studies Major or Minor

**Minor, Major**

Study Abroad in Israel

**University sponsored program, University approved programs, Accepts credit
for Israel study abroad**

Israel Fellow

**No**

JLIC Educator ↗

**No**

Hillel Mental Health/Wellness Staff

**Yes**

## Campus Climate for Jewish Students

Hillel CCI Antisemitism Training Participant  ❓

**No**

Open Title VI Investigation ↗  ❓

**Yes**

Anti-Israel Student Government or BDS Resolution  ❓

**None**

Anti-Israel Encampment, Spring 2024

**Yes**

## Kosher Dining

USC offers a limited meal plan for weeknight dinners at no extra charge in the dining hall. Hillel frequently serves dinner at weekday programming (and every week for Shabbat). Nearby grocery stores (within walking distance) stock kosher products.

**Options:** University meal plan-no extra cost;Kosher food available nearby

## Religious Services

USC Hillel offers Shabbat experiences each week, including student-led services and themed kosher dinners. We also offer a "Shabbat in a Box" option, which empowers

University of Southern California Hillel International

students to host Shabbat dinners and other celebrations in their own residences. USC Hillel welcomes all students to celebrate Jewish holidays with us including the High Holy Days, Hanukkah, Passover, and more. Services and meals are always free for students.

**Frequency:** Friday night only

## Additional Campus Information

Visit University Website ↗

Private/Public
**Private**

Acceptance Rate
**11%**

U.S. Region
**Pacific**

Commuter/Residential
**Residential**

Tuition In-State
**$66,640**

Tuition Out-of-State
**$66,640**

Out-of-State/Int'l
**48% / 13%**

Greek Life

**Yes**

# Related News

ISRAEL    PROUD TO BE JEWISH



## Students Lead on Israel

**MARCH 8, 2023**

My parents were not yet my age when they were forced to leave their homes in Iran and start a new life in Los Angeles. Like so many other courageous Jewish refugees, they did not hide their identities and love for Israel in the United States. Instead, they engaged in an act of cultural resistance: they invested tenfold in strengthening their own children's Jewish and Zionist identities, and instilled in me pride in who I am.

# Trips & Experiences



BIRTHRIGHT ISRAEL

## University of Southern California

**WINTER 2024**

# Events

### Freshfest

**MON. AUG. 19 — TUE. AUG. 20**

FreshFest is a two-day retreat at Camp Bob Waldorf for incoming Jewish Trojans to meet fellow USC students, get tips from upperclassmen about campus life, and get a head start at USC. Think of it [...]



*The Hillel College Guide aims to provide you with a snapshot of each local Hillel's makeup and offerings. We recognize that there may be more information you need in order to better understand the campus reality, particularly around issues of diversity, equity, inclusion, and accessibility. If you would like additional information about a given campus' offerings or action steps in those areas, please reach out to us at dei@hillel.org.*

**COMPARE SCHOOLS**

Compare colleges that you're interested in by using our college comparison tool.

**Add to Compare**

**CONTACT THIS HILLEL**

We would love to hear from you! Reach out about questions, scheduling a tour, and more.

**Contact this Hillel**

**SOCIAL MEDIA**



**CONTACT INFORMATION**

3300 S Hoover St
Los Angeles CA 90007 US
Get Directions

213-747-9135
Visit Website

## All Kinds of Jewish Newsletter Sign Up

First Name *

Enter your first name

Last Name *

Enter your last name

Email Address *

Enter your email address

Sign Up

Established in 1923, Hillel International is the world's
largest and most inclusive Jewish campus organization,
serving 160,000 college students each year.

QUICK LINKS                    MORE INFORMATION                    SOCIAL

Hillel is Here for You         About                              Instagram

Student Experience             Careers                            TikTok

Find a Hillel                  Resources                          Facebook

Humans of Hillel               News & Views                       LinkedIn

Donate                         Contact Hillel                     Twitter

© 2024 Hillel International

Hillel: The Foundation for Jewish Campus Life is a 501(c)(3) organization, EIN# 52-1844823

Privacy Policy    Cookie Policy    Terms and Conditions