**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, et al.<br><br>PLAINTIFF(S)<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−05712−FLA−SSC<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 08/06/2024 | 22 | Notice (Other) Doe Plaintiff |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☑ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____ .
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:
  Refer to CM/ECF Docket No. 23.

Dated: 08/08/2024

By: _____
United States District Judge