# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, et al.<br>PLAINTIFF(S)<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:24−cv−05712−FLA−SSC<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 09/10/2024 | 31 | Ex Parte Application for Order Granting Plaintiff's Leave to File Belated Opposition etc. by plaintiffs. |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

    Refer to CM/ECF No. 33.

Dated: 09/11/2024       By: _____
                                United States District Judge