1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10  DOE JEWISH USC FACULTY          Case No. 2:24-cv-05712-FLA (SSCx)
    MEMBER 2004, *et al.*,
11
                                    **ORDER GRANTING PLAINTIFFS'**
12              Plaintiffs,         ***EX PARTE* APPLICATION TO FILE**
                                    **OPPOSITION TO DEFENDANT'S**
13       v.                         **MOTION TO DISMISS [DKT. 35]**
14  UNIVERSITY OF SOUTHERN
    CALIFORNIA, *et al.*,
15
                Defendants.
16

17       Before the court is Plaintiffs Doe Jewish USC Faculty Member 2004 and Doe
18  Jewish USC Student 1987's ("Plaintiffs") *ex parte* application ("Application") seeking
19  in the alternative: (1) leave to file a belated opposition to Defendant University of
20  Southern California's ("Defendant") motion to dismiss and strike (Dkt. 10)
21  ("Motion"); (2) a continuance of the hearing on the Motion (currently set for
22  September 20, 2024); or (3) leave to file an amended complaint. Dkt. 35. Defendant
23  opposes the Application. Dkt. 36.
24       In support of the Application, Plaintiffs submit the declaration of their attorney,
25  Michael E. Reznick, who states that he "was solely responsible for filing a late
26  opposition to Defendant's motion to dismiss as a result of mis-calendaring the due
27  date." Dkt. 35 at 4. Plaintiffs argue "it is the policy of the Court to decide cases on
28  the merit" and "to grant Defendant's motion without opposition would give Defendant

an unintended and undeserved windfall at the expense of blameless Plaintiffs." *Id.* at 2.  The court agrees.

    Accordingly, the court GRANTS the Application and ORDERS as follows:

1. Plaintiffs shall file their opposition to the Motion, *see* Dkt. 35 at CM/ECF Page Nos. 10–16, by September 20, 2024;
2. The deadline for any reply in support of the Motion shall be October 4, 2024; and
3. The hearing on the Motion is CONTINUED from September 20, 2024, to October 26, 2024, at 1:30 p.m.

    Nothing in this Order shall preclude Plaintiffs from filing a motion for leave to file an amended complaint.

    IT IS SO ORDERED.

Dated: September 18, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge