# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, et al. <br> PLAINTIFF(S) <br> v. <br> UNIVERSITY OF SOUTHERN CALIFORNIA, et al. <br> DEFENDANT(S). | CASE NUMBER: <br> 2:24−cv−05712−FLA−SSC <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 09/22/2024 | 40; 41 | SECOND AMENDED COMPLAINTS |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

  Refer to CM/ECF No. Document No. 42.

Dated: 09/23/2024      By: _____
                              United Stated District Judge