# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, et al.<br>PLAINTIFF(S)<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:24−cv−05712−FLA−SSC<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 09/24/2024 | 45 | Second Amended Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

    Refer to CM/ECF No. 46.

Dated: 09/25/2024    By: _____
                                            United States District Judge