UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-05712 FLA (SSC)

**[PROPOSED] ORDER GRANTING THE PARTIES' SECOND JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE**

**Original Date:** November 1, 2024
**New Date:** December 6, 2024

On October 4, 2024, Plaintiffs "Doe Jewish USC Faculty Member 2004" and "Doe Jewish Student 1987" and Defendant University of Southern California (together, the "Parties") filed a joint stipulation requesting the Court continue the Scheduling Conference currently set for Friday, November 1, 2024 (*see* Doc. No. 16) to Friday, December 6, 2024.

The Court, having considered the Parties' Second Joint Stipulation and finding good cause therefor, hereby GRANTS the Second Joint Stipulation and ORDERS as follows:

1. The Scheduling Conference currently set for Friday, November 1, 2024 (*see* Doc. No. 16) shall be continued to Friday, December 6, 2024.

IT IS SO ORDERED.

Dated:

____________________________________

HON. FERNANDO L. AENLLE-ROCHA
United States District Judge