1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-05712 FLA (SSCx)<br><br>**ORDER APPROVING IN PART PARTIES' SECOND JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE [DKT. 53]** |

On October 4, 2024, the parties filed a joint stipulation requesting the court continue the Scheduling Conference currently set for Friday, November 1, 2024 (*see* Dkt. 16) to Friday, December 6, 2024.  Dkt. 53.  The court, having considered the stipulation and finding good cause therefor, hereby APPROVES IN PART the stipulation and CONTINUES the Scheduling Conference to November 8, 2024, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 15, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge