**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Doe Jewish Faculty Member 2004 et al.<br><br>Plaintiff(s)<br>v.<br>University of Southern California et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-05712-FLA-SSC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

Doe Jewish USC Faculty Member   ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Bryan Christopher Castaneda   who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

283 Ocho Rios Way
*Street Address*

Oak Park, California 91377          bryanchristophercastaneda@gmail.com
*City, State, Zip*                                *E-Mail Address*

(626) 251-9369                              275095
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of Bryan Christopher Castaneda

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                                        U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY