# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Doe Jewish Student 1987 et al.

Plaintiff(s)

v.

University of Southern California et al.

Defendant(s)

**CASE NUMBER**

2:24-cv-05712-FLA-SSC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

Doe Jewish USC Student 1987     ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute Bryan Christopher Castaneda    who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

283 Ocho Rios Way

Oak Park, California 91377    *Street Address*    bryanchristophercastaneda@gmail.com
*City, State, Zip*                                    *E-Mail Address*

(626) 251-9369                                         275095
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of

List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of Bryan Christopher Castaneda

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY