CLEAR FORM

E. Jay Gotfredson, Esq., SBN 52428
11620 wilshire Blvd. Suite 800
Los Angeles, CA 90025
Phone: (310) 478-0808

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doe Jewish Faculty Member 2002, et al | CASE NUMBER: |
| | 2:24-cv-05712-FLA-SSC |
| Plaintiff(s) | |
| v. | |
| University of Southern California, et al | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

NOTE: *This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that ___Judge Frederick F Mumm___ may serve as the Panel Mediator in the above-captioned case. ___E .Jay Gotfredson___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 1/3/25

Attorney For Plaintiff   E. Jay Gotfredson

Dated:

Attorney For Plaintiff

Dated: 1/3/2025

Attorney For Defendant   Rasha Gerges Shields

Dated:

Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          STIPULATION REGARDING SELECTION OF PANEL MEDIATOR