Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
Tyler J. Scott (Cal. Bar No. 341039)
tscott@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Jeffrey D. Baltruzak (admitted *pro hac vice*)
jbaltruzak@jonesday.com
Daniel Paul Johnson (admitted *pro hac vice*)
dpjohnson@johnesday.com
JONES DAY
500 Grant Street Suite 4500
Pittsburgh, PA 15219
Telephone: +1.412.391.3939
Facsimile: +1.412.394.7959

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05712 FLA (SSC)<br><br>**DECLARATION OF RASHA GERGES SHIELDS IN SUPPORT OF DEFENDANT USC'S OPPOSITION TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION**<br><br>**[NO HEARING SET]**<br><br>**Judge:   The Honorable Fernando L. Aenlle-Rocha** |

I, Rasha Gerges Shields, declare as follows:

1. I am a partner at the law firm of Jones Day, counsel for Defendant University of Southern California ("USC" or the "University"). I am a member in good standing of this Court and of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On March 5, 2025, I received an email from plaintiffs' counsel, E. Jay Gotfredson, asking for an extension of time to amend the complaint to facilitate mediation and avoid unnecessary work.

3. On the following day, Mr. Gotfredson and I spoke by telephone regarding his request. On that call, I said that USC was not inclined to extend the deadline without a good faith showing by plaintiffs that the mediation had any chance of success, as plaintiffs had refused to engage in any prior settlement discussions. I asked that plaintiffs make a good faith settlement offer to allow USC to determine whether their requested extension should be granted to allow the parties to focus on mediation.

4. Towards the end of the conversation, Mr. Gotfredson agreed to come back with a settlement offer and also asked if USC would be willing to stipulate to plaintiffs amending their complaint to add federal civil rights claims to avoid additional motion practice. I asked Mr. Gotfredson to send me an email detailing the claims plaintiffs sought to add, so that USC could evaluate plaintiffs' proposal.

5. To date, Mr. Gotfredson has not provided me with a written proposal of the specific claims plaintiffs intend to add.

6. Instead, on March 7, 2025, I received a notification from the CM/ECF system that an *ex parte* application had been filed by plaintiffs. The CM/ECF notification states that *ex parte* application was filed at 12:59 PM PST. Neither I nor any of my colleagues were advised that plaintiffs would be filing an *ex parte* application.

DECLARATION OF RASHA GERGES SHIELDS
ISO OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION

7. At 2:00 PM local time, I received an email from Mr. Gotfredson with the subject line "Re: Ex-Parte Application." He described the email as a "Notice of ex parte application for extension request and our request to add 1983 action." (emphasis omitted). Attached hereto as **Exhibit A** is a true and correct copy of Mr. Gotfredson's March 7, 2025 email (redacted to exclude settlement communications pursuant to Federal Rule of Evidence 408).

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 9th day of March, 2025.

*/s/ Rasha Gerges Shields*
Rasha Gerges Shields

# Exhibit A

Exhibit A – Page 3

Shields, Rasha G.
___

| | |
|---|---|
| From: | LawFirm <LawFirm@gotfredsonassociates.com> |
| Sent: | Friday, March 7, 2025 2:00 PM |
| To: | Shields, Rasha G. |
| Cc: | LawFirm |
| Subject: | Re: Ex-Parte Application |

Follow Up Flag: Follow up
Flag Status: Flagged

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Rasha, below is our notice of ex-parte application ███████████████████████

A. **Notice of ex parte application for extension request and our request to add 1983 action.** Additional reason for request is our need to incorporate the DOJ's just announced investigation into USC's systemic antisemitism into our Second Amended Complaint ("SAC") and the additional time it will take us to complete our investigation into what the DOJ is asserting.

███████████████████

███████████████████████████████

████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████

Jay

Gotfredson & Associates, APC
11620 Wilshire Boulevard, Suite 800
Los Angeles CA 90025
Telephone: (310) 478-0808
Facsimile: (310) 478-3838
LawFirm@GotfredsonAssociates.com

___

**CONFIDENTIALITY NOTICE:**

1

The information contained in this e-mail transmission is intended only for use of the individual or entity named above.  This e-mail transmission, and any documents, files, previous e-mail transmissions or other information attached to it, may contain confidential information that is legally privileged.  If you are not the intended recipient of this e-mail transmission, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, copying or other use of this transmission or any of the information contained in or attached to it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication.  If you have received this e-mail transmission in error, please immediately notify us by return e-mail transmission or by telephone at (310) 478-0808, and destroy the original e-mail transmission and its attachments without reading or saving it in any manner.  Thank you.

IRS CIRCULAR 230 DISCLOSURE:
In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in, omitted from, or implied by this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.