UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trustees of THE UNIVERSITY OF SOUTHERN CALIFORNIA, a private public benefit corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05712 FLA (SSC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**<br><br>**Date:** May 2, 2025<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6B<br>**Judge:** The Honorable Fernando L. Aenlle-Rocha<br><br>SAC Filed: March 18, 2025 |

On April 1, 2025, Defendant University of Southern California ("USC") filed a Motion to Dismiss Plaintiffs' Second Amended Complaint and to Strike Class Allegations, seeking to dismiss Plaintiffs' complaint in its entirety or, in the alternative, strike Plaintiffs' class allegations.

The Court, having considered USC's Motion to Dismiss Plaintiffs' Second Amended Complaint and to Strike Class Allegations and finding good cause thereof, hereby GRANTS the Motion and ORDERS as follows:

1. The Court GRANTS the Motion to Dismiss Plaintiffs' Second Amended Complaint with prejudice; and

2. The Court GRANTS the Motion to Strike Class Allegations.

IT IS SO ORDERED.

Dated:

HON. FERNANDO L. AENLLE-ROCHA
United States District Judge