E. Jay Gotfredson, Esq. SB No. 52428
jay@gotfredonassociates.com
reznagoura@aol.com
Law Offices of Michael E. Reznick
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377 (818) 437-5630

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DOE JEWISH FACULTY MEMBER 2004, etc., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-05712-FLA (SSCx) |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 23, 2025                                    /s/ E. Jay Gotfredsen
Date                                             Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*