JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-05712-FLA (SSCx)<br><br>**ORDER DISMISSING ACTION [DKT. 84] AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DKT. 78]** |

1

On June 23, 2025, Plaintiffs Doe Jewish USC Faculty Member 2004 and Doe Jewish USC Student 1987 ("Plaintiffs") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 84. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. Defendant University of Southern California's Motion to Dismiss, Dkt. 78, is DENIED as moot.
3. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: June 24, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2